# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA   :   No. 29 MM 2018

                v.                         :

BRIAN CHARLES WINTER         :

PETITION OF: JOSEPH A. MALLEY, III,   :
ESQUIRE

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of April, 2018, in consideration of the Motion for Withdrawal of Counsel, this matter is REMANDED to the Court of Common Pleas of Delaware County for that court to determine whether counsel should be granted leave to withdraw. *See* Pa.R.Crim.P. 120(B) (providing that an attorney may not unilaterally withdraw his or her appearance with respect to a criminal defendant; rather, a court must determine whether leave to withdraw is warranted).

    If the attorney is permitted to withdraw, the court is DIRECTED to resolve any issues relative to Brian Winter being appointed counsel or granted leave to proceed *pro se*. The Court of Common Pleas of Delaware County is DIRECTED to enter its order regarding this remand within 45 days and to promptly notify this Court of its determination.